| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: March 6, 2015 10:41 AM<br>CASE NUMBER: 2014CV31520 |
| **Plaintiff(s)** JACQUELINE CONWAY et al.<br>v.<br>**Defendant(s)** VALLEY FORGE INSURANCE CO et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2014CV31520<br>Division: 15     Courtroom: |
| **Order: Order Granting Stipulated Motion for Dismissal of Sheedy and Associates, Inc. With Prejudice Pursuant to C.R.C.P. 41(a)(2)** | |

The motion/proposed order attached hereto: GRANTED.


Issue Date: 3/6/2015

*Gregory R. Werner*

GREGORY ROBERT WERNER
District Court Judge

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO<br>Address:  270 Tejon Street,<br>            Colorado Springs, Colorado 80903<br>Phone:   719.452.5000 | |
| **Plaintiffs:** JACQUELINE CONWAY, and JACKIE'S PARKSIDE CAFÉ AND ICE CREAM LLC<br><br>**Defendants:** VALLEY FORGE INSURANCE CO., and CNA FINANCIAL CORPORATION, and SHEEDY AND ASSOCIATES, INC. d/b/a ASSOCIATES INSURANCE GROUP | ▲ COURT USE ONLY ▲<br><br>Case No. 14cv31520<br><br>Div. 15    Ctrm. |
| **ORDER DISMISSING DEFENDANT SHEEDY AND ASSOCIATES, INC.** | |

This matter comes before the Court on a stipulated motion to dismiss Sheedy and Associates, Inc. with prejudice pursuant to C.R.C.P. 41(a)(2). Plaintiffs and Defendant Sheedy and Associates, Inc., through their respective counsel, and pursuant to CRCP 41(a)(2), stipulated to the dismissal with prejudice of all claims against Defendant Sheedy and Associates, Inc., each party bearing her or its own fees and costs. The Court is apprised in its premises. The Court hereby GRANTS the stipulation and orders the dismissal, with prejudice, of all claims against Sheedy and Associates, Inc.

DATED: _____          BY:_____
                                                             DISTRICT COURT JUDGE