**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-00509-LTB

JACQUELINE CONWAY and
JACKIE'S PARKSIDE CAFÉ AND ICE CREAM LLC,

      Plaintiffs,

v.

VALLEY FORGE INSURANCE COMPANY,

      Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Agreed Motion to Dismiss With Prejudice (Doc 10 - filed May 25, 2015 and Doc 11 - filed June 17, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   June 19, 2015